# Exhibit 6



# Den juridiske vejledning - et bidrag til retssikkerheden

| | |
|---|---|
| **Version** | 2018-1 |
| **ISBN-nummer** | 978-87-417-0133-2 |
| **Resumé** | - |
| **Tryksted** | Vejledningen er ikke trykt - findes kun på skat.dk |
| **Dokument type** | Juridisk vejledning |

Den juridiske vejledning, som SKAT udgiver, indeholder en fremstilling af hovedparten af de regler og praksis i tilknytning hertil, som gælder på SKATs område.

Vejledningen giver udtryk for SKATs opfattelse af gældende praksis og har cirkulærestatus.

| | |
|---|---|
| **Dato for offentliggørelse** | 31 Jan 2018 07:45 |



# C.B.2.1.6.1 Hvornår er en aktie anskaffet eller afstået?

| | |
|---|---|
| **Version** | 2018-1 |
| **ISBN-nummer** | 978-87-417-0133-2 |
| **Resumé** | - |
| **Tryksted** | Vejledningen er ikke trykt - findes kun på skat.dk |
| **Dokument type** | Juridisk vejledning |

# Indhold

Dette afsnit beskriver, hvornår en aktie er anskaffet eller afstået.

Afsnittet indeholder:

- Regel
- Oversigt over afgørelser, domme, kendelser, SKAT-meddelelser med videre.

# Regel

En aktie er anskaffet eller afstået på det tidspunkt, hvor der er en endelig og bindende aftale om anskaffelsen eller afståelsen.

### Anskaffelses- og afståelsestidspunkternes betydning

Anskaffelsestidspunktet kan fx have betydning for anvendelsen af overgangsregler ved ny lovgivning.

Afståelsestidspunktet kan fx være afgørende for, i hvilket indkomstår beskatningen foretages og ved ikrafttrædelsesregler for ny lovgivning.

Når en aktionær ejer aktier med samme rettigheder, som er erhvervet på forskellige tidspunkter, anses de først erhvervede aktier for de først afståede. Se **ABL § 5**, stk. 1. Aktier, der er båndlagt efter **LL § 7 A**, regnes dog først med fra det tidspunkt, hvor båndlæggelsen ophører. Se **C.B.2.1.7.1** om hvilken aktie der anses for afstået (FIFO-princippet). Se C B.2.3.5 om gevinst og tab ved afståelse af iværksætteraktier.

# Oversigt over afgørelser, domme, kendelser, SKAT-meddelelser med videre

Skemaet viser relevante afgørelser på området:

| Afgørelse samt evt. tilhørende SKAT-meddelelse | Afgørelsen i stikord | Yderligere kommentarer |
|---|---|---|
| **Højesteretsdomme** | | |
| **SKM2011.533.HR** | Salg af aktier. Aftale om købe- og salgsret. Købe- eller salgsrets manglende udnyttelse usandsynlig. Afståelsestidspunkt var tidspunkt for aftalens indgåelse. | |
| **SKM2005.490.HR** | Salg af aktier. Samtidig udstedt køberet. Køberets manglende udnyttelse usandsynlig. Manglende dispositionsret i strid med køberet. Afståelsestidspunktet var tidspunkt for aftalens indgåelse. | Se også TfS 1999, 214 H i C.B.2.1.4.12 om købe- og forkøbsretter. |
| **SKM2001.126.HR** | Salg af aktier. Anskaffelsestidspunkt var tidspunkt for overgang af ejendomsret ved underskrevne fondsnotaer. | |
| **Byretsdomme** | | |
| **SKM2010.259.BR** | Salg af aktier. Betaling i et bestemt antal aktier et år senere eller beløb svarende til kursværdien på betalingstidspunkt. Kursrisiko var sælgers fra aftaletidspunktet. Afståelsestidspunkt var tidspunkt for aftalens indgåelse. | |
| **SKM2008.825.BR** | Salg af aktier. Ifølge depotbank sket i 2001. Uklarhed om pengeoverførsler. Aftale dateret i 2000. Afståelsestidspunkt var i 2000. | |
| **Landsskatteretskendelser** | | |
| **SKM2002.399.VLR** | Salg af aktier. Salgsret udnyttet i 1995. Uenighed om vilkår, forlængelse af salgsrets løbetid og sælgers manglende selvangivelse af salg i 1995. Afståelsestidspunkt var i 1996. | |

| **SKAT** | | |
|---|---|---|
| **SKM2008.831.SR** | Køb af investeringsforeningsbeviser. Handelsdatoen lægges til grund ved fastsættelsen af tidspunktet for køb eller salg af aktier. Valørdatoen er ikke afgørende. Bestilling af investeringsforeningsbeviserne kunne ikke sidestilles med et køb. | |
| **SKM2008.803.SR** | Salg af aktier. Betinget aftale om køberet og salgsret. Manglende udnyttelse sandsynlig. Afståelsestidspunkt først på udnyttelsestidspunkt. | Se også **SKM2008.837.SR**. |
| **SKM2008.759.SR** | Salg af aktier. Samtidig udstedt køberet og salgsret. Manglende udnyttelse sandsynlig. Afståelsestidspunkt først på udnyttelsestidspunkt. | |

Dato for offentliggørelse          31 Jan 2018 07:45



# The Legal Guide – a contribution to due process

| | |
|---|---|
| **Version** | 2018-1 |
| **ISBN number** | 978-87-417-0133-2 |
| **Summary** | |

| | |
|---|---|
| **Print location** | The Legal Guide is not available in print – it is only available on skat.dk |
| **Document type** | Legal Guide |

The Legal Guide published by the Danish tax authorities (SKAT) contains the majority of the regulations and practices associated with the Danish tax authorities' modi operandi.

The Legal Guide sets out the Danish tax authorities' views on current practice and has the status of a circular.

| | |
|---|---|
| Date of publication | 31 Jan 2018 07:45 |

 **skat.dk**

# C.B.2.1.6.1 When is a share purchased or sold?

| | |
|---|---|
| **Version** | 2018-1 |
| **ISBN number** | 978-87-417-0133-2 |
| **Summary** | |
| | |
| **Print location** | The Legal Guide is not available in print – it is only available on skat.dk |
| **Document type** | Legal Guide |

# Contents

This section describes when a share has been purchased or sold.

The section includes:

- Rule
- List of decisions, judgements, rulings, tax authority notifications etc.

# Rule

A share has been purchased or sold on the date on which a final and binding agreement on purchase or sale is in place.

## The significance of the dates of purchase and sale

The date of purchase may be significant to e.g. the application of transition rules related to new legislation.

The date of sale may be significant to e.g. the income year in which taxation is applied and in relation to the rules applicable to the entering into force of new legislation.

When a shareholder owns shares with the same rights which have been acquired on different dates, the shares acquired first are regarded as the shares sold first. See **§ 5, para. 1 of the Danish Capital Gains Tax Act (ABL)**. Shares which are not freely transferable pursuant to **§ 7a of the Danish Tax Assessment Act (LL)** are, however, only included from the date on which the shares are no longer tied up. See **C.B.2.1.7.1** for which shares are regarded as having been sold (FIFO principle). See C B.2.3.5 on gains and losses related to the sale of entrepreneur shares.

# List of decisions, judgements, rulings, tax authority notifications, etc.

The diagram shows applicable decisions in the area of:

| Decision, as well as associated tax authority notification, where applicable | Decision key words | Further comments |
|---|---|---|
| **The Danish Supreme Court rulings** | | |
| **SKM2011.533.HR** | Sale of shares. Agreement on purchase and sale rights. Failure to exercise purchase or sale rights unlikely. Sale date was the date of commencement of the agreement. | |
| **SKM2005.490.HR** | Sale of shares. Purchase right issued simultaneously. Failure to exercise purchase right unlikely. Lack of right of disposition contravenes purchase right. Sale date was the date of commencement of the agreement. | See also TfS 1999, 214 H of C.B.2.1.4.12 on purchase and pre-emption rights. |
| **SKM2001.126.HR** | Sale of shares. The purchase date was the date of transfer of ownership rights for signed securities notes. | |
| **The Danish District court rulings** | | |
| **SKM2010.259.BR** | Sale of shares. Payment in a certain number of shares one year later or sum equivalent to the price on the payment date.  Seller bore currency risk on the contract date. Sale date was the date of commencement of the contract. | |
| **SKM2008.825.BR** | Sale of shares. According to depositing bank took place in 2001. Uncertainty regarding funds transfers. Contract dated 2000. Sale date was in 2000. | |
| **The Danish Tax Appeals Agency rulings** | | |
| **SKM 2002.399. VLR** | Sale of shares. Sales rights exercised in 1995. Disagreement about terms, extension of term of sale rights and seller's failure to include sale on tax return in 1995. Sale date was in 1996. | |

**THE DANISH TAX AUTHORITIES (SKAT)**

| | | |
|---|---|---|
| **SKM2008.831.SR** | Purchase of unit trust certificates. The trade date is used for determining the date of purchase or sale of shares. Value date is not decisive. The ordering of the unit trust certificates could not be equated with a purchase. | |
| **SKM 2008.803.SR.** | Sale of shares. Conditional agreement on purchase and sale rights. Failure to exercise likely. Sale date only on exercise date. | See also **SKM 2008.837.SR.** |
| **SKM2008.759.SR** | Sale of shares. Purchase and sale rights issued simultaneously. Failure to exercise likely. Sale date only on exercise date. | |

| | |
|---|---|
| Date of publication | 31 Jan 2018 07:45 |