# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Custodian | Office entra reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002A6A01 | Stephania Paun | First Search Order - Premises | Stephania Paun | Floor | Desktop | ELYPC05 | Dell | Optiplex 7040 | 1B75D82 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 002A6A02 | Natalia Vereniina | First Search Order - Premises | Natalia Vereniina | Floor | Desktop | ELYPC04 | Dell | Optiplex 7040 | 1S47D82 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 002A6A03 | Unknown | First Search Order - Premises | Unknown | Floor | Desktop | ELYPC06 | Dell | Optiplex 7040 | 8975D82 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 002A6A04 | Utkal Taigova | First Search Order - Premises | Utkal Taigova | Floor | Desktop | ELYPC04 | Dell | Optiplex 7040 | GH75D82 | Sandisk | SSD | 154934402095 | 240.00 | 2018/06/28 |
| 002A6A05 | Sandesh Dhomne | First Search Order - Premises | Sandesh Dhomne | Floor | Desktop | ELYPC09 | Dell | Optiplex 7040 | GH75D82 | Teka | Product Code | 9207133SD2491317547 | 8.00 | 2018/06/28 |
| 002A6A06 | Sandesh Dhomne | First Search Order - Premises | Sandesh Dhomne | Floor | Drive | N/A | Dell | N/A | N/A | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 002A6A07 | Rashmi Raju | First Search Order - Premises | Rashmi Raju | Floor | Desktop | ELYPC01 | Dell | Optiplex 7040 | 6875D82 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 002A6A08 | Claudia | First Search Order - Premises | Claudia | Floor | Laptop | ELYLPT03 | Asus | UX301L | EA0CG0771444SH 12M | Seagate | ST500LM000-1EJ1 | VY760T76 | 500.00 | 2018/06/28 |
| 002A6A09 | Nagraj (intern) | First Search Order - Premises | Nagraj (intern) | Floor | Desktop | EQU-MAG1 | Apple | iMAC All in one | C02V301BGG7N | Apple | SSD | SOPBNY4GB45490 | 2000.00 | 2018/06/28 |
| 002A6A10 | Nicola Monteath | First Search Order - Premises | Nicola Monteath | Floor | Laptop | EQU-MAG6 | Apple | Macbook Pro | C02T32R6GT7A | Apple | SSD | C02T01302NAHCGX18 | 1000.00 | 2018/06/28 |
| 002A6A11 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 002A6A12 | Oshkere Majaziole | First Search Order - Premises | Oshkere Majaziole | Floor | Desktop | EQU-MAG4 | Apple | iMAC All in one | C02Q0HDC65G7N | Apple | SSD | SOPBNHA65K5225 | 2000.00 | 2018/06/28 |
| 002A6A13 | Marta Lis | First Search Order - Premises | Marta Lis | Floor | Desktop | ELYPC012 | Dell | Optiplex 7040 | HB75D82 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 002A6A14 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Mr. Shah's | Desktop | ELYPC08 | Dell | Optiplex 7040 | 2H75D82 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 002A6A15 | Matt Fernandes | First Search Order - Premises | Matt Fernandes | Center office | Desktop | ELYPC03 | Dell | Optiplex 7040 | BC75D82 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 002A6A16 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Floor | Laptop | ELYLPT83 / ELYLPT22 | Apple | iPhone 7 Plus | C02N2142B87SJ4 12M | N/A | N/A | SODNSO05GG72PF | 1000.00 | 2018/07/02 |
| 002A6A17 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A18 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Mr. Shah's | Mobile | N/A | Apple | iPhone 7 | 7675D82 | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A19 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Mr. Shah's | Desktop | ELYPC010 | Dell | Optiplex 7040 | N/A | Sandisk | SSD | 154608404269 | 16.00 | 2018/06/28 |
| 002A6A20 | Natalia Vereniina | First Search Order - Premises | Natalia Vereniina | Floor | Pen Drive | N/A | Kingston | DT50 G2 | N/A | Kingston | DT50 G2 | 98AF04E18E09 | N/A | 2018/06/28 |
| 002A6A21 | Natalia Vereniina | First Search Order - Premises | Natalia Vereniina | Floor | Desktop | EQU-MAG3 | Apple | iMAC All in one | C02DQV2C26G7N | Apple | SSD | SOPBNY4GB37310 | 2000.00 | 2018/07/01 |
| 002A6A22 | Puja Tiwari | First Search Order - Premises | Puja Tiwari | HR Room | Desktop | ELYPC07 | Dell | Optiplex 7040 | 4875D82 | Sandisk | SSD | 154973402403 | 240.00 | 2018/07/01 |
| 002A6A23 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Mr. Shah's | Desktop | N/A | N/A | N/A | N/A | Imation | DVD-R | N/A | 4.70 | 2018/07/01 |
| 002A6A24 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Floor | Desktop | ELYPC011 | Dell | Optiplex 7040 | 8G75D82 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| 002A6A25 | Wail Anwar | First Search Order - Premises | Wail Anwar | Floor | Laptop | ELYLPT15 | Sony | VAIO / SVP1321A1CM | S4626038-60003861 / Service | N/A | N/A | 535YHYA0623861 | 120.00 | 2018/06/28 |
| 002A6A26 | Natalia Vereniina | First Search Order - Premises | Natalia Vereniina | Floor | Dropbox | ELYLPT15 | Asus | UX301L | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A27 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Floor | Desktop | EQU-MAG1 | Apple | iMAC All in one | C02Q0V2U65G7N | Apple | SSD | SOPBNY4GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 002A6A28 | Unknown | First Search Order - Premises | Unknown | Storage Cab | Desktop | N/A | Hitachi | HDD | C07H71A80101 | Hitachi | 2.5" p HDD | 1Z2606S1HHZP1C | 500.00 | 2018/07/01 |
| 002A6A29 | Unknown | First Search Order - Premises | Unknown | Storage Cab | Desktop | N/A | Toshiba | HDD | C07H71P701D1 | Toshiba | HDD | 18330Y65KT | 320.00 | 2018/07/01 |
| 002A6A30 | Unknown | First Search Order - Premises | Unknown | Floor | DVD | N/A | Unknown | Unknown | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 002A6A31 | Unknown | First Search Order - Premises | Unknown | Storage Cab | Laptop | ELYLPT02 | Asus | UX301L | EA0CG0771D03439 12M | Seagate | ST500LM000-1EJ1 | V760GW0C | 500.00 | 2018/07/01 |
| 002A6A32 | Natalia Vereniina | First Search Order - Premises | Natalia Vereniina | Floor | Storage Cal Laptop | ELYLPT08 | Asus | UX301L | E0JKCL0480D01E 12M | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 002A6A33 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | Floor | Storage Cal Laptop | ELYLPT09 | Asus | MacBook Pro - A1707 | C02LK1C2G73M | N/A | N/A | 5M95122L | 500.00 | 2018/07/02 |
| 002A6A34 | Unknown | First Search Order - Premises | Unknown | - | Network Share | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 002A6A35 | Natalia Vereniina | First Search Order - Premises | Natalia Vereniina | - | Office 365 | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A36 | Unknown | First Search Order - Premises | Unknown | - | Office 365 | catchall@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| 002A6A37 | Sanjay Shah | First Search Order - Premises | Sanjay Shah | - | Office 365 | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 002A6A38 | Unknown | First Search Order - Premises | Unknown | - | Office 365 | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 002A6A39 | Matt Fernandes | First Search Order - Premises | Matt Fernandes | - | Office 365 | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 002A6A40 | Usha Shah | First Search Order - Premises | Usha Shah | - | Office 365 | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 002A6A41 | Sandesh Dhomne | First Search Order - Premises | Sandesh Dhomne | - | Office 365 | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 002A6A42 | Rashmi / Yotha / Mak | First Search Order / UN | Rashmi / Yotha / Mak | - | Office 365 | finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| 002A6A43 | Stephania Paun / Utk | First Search Order - Premises | Stephania Paun / Utk | - | Office 365 | it@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 002A6A44 | Unknown | First Search Order - Premises | Unknown | - | Office 365 | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 002A6A45 | Wail Anwar | First Search Order - Premises | Wail Anwar | Floor | Office 365 | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Office 365 | od@elysiumglobal.com | Asus | UX301L | F1HQCL1550950SA 12M | HGST | HDD | S0A0005GG9NT8K | 1000.00 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Laptop | ELYLTP06 | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.10 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | Multiple | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area/site reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D924DAA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D924DAA44 | Unknown | | | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E55JCSU5 | 1000.00 | 2018/08/14 |
| D924DAA45 | Unknown | | | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXB1A75EZXLI | 1000.00 | 2018/08/17 |
| D924DAA46 | Unknown | | | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E6S2K6J7 | 3000.00 | 2018/07/17 (failed) |
| D924DAA47 | Unknown | First Search Order - Premises | | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXD1E55OCP1E | 1000.00 | 2018/07/25 |
| D924DAA48 | Sanjay Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D924DAA48 | Mark Fernandes | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D924DAA48 | Usha Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D924DAA48 | Sandesh Dhomne | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D924DAA48 | Wail Anwar | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D924DAA48 | Unknown_Admin | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D924DAA48 | Unknown_Asset | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D924DAA48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D924DAA48 | Unknown_CFO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D924DAA48 | Unknown_Finance | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D924DAA48 | Unknown_HR | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D924DAA48 | Unknown_Legal | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D924DAA48 | Unknown_QO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D924DAA49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D924DAA49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D924DAA49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D924DAA49 | Sandesh Dhomne | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| D924DAA49 | Wail Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D924DAA49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D924DAA49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.07 | 2018/09/25 |
| D924DAA49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D924DAA49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D924DAA49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D924DAA49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.40 | 2018/09/25 |
| D924DAA49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D924DAA49 | Unknown_QO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D924DAA50 | Philip Purwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D924DAO02 | Multiple | First Search Order - Premises | . | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D924DAV01 | Multiple | Remote Server Collection | | DociCab DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D924DAV02 | Multiple | Remote Server Collection | | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D924DAV03 | Multiple | Remote Server Collection | | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D924DAV04 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**