# Exhibit 45, Part 11



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014



001221

Taxpayer: RJM CAPITAL PENSION PLAN
         TIN: 46-1910855
Tax Year: 2014

        I certify that, to the best of our knowledge, the above-named entity is
        a trust forming part of a pension, profit sharing, or stock bonus plan
        qualified under section 401(a) of the U.S. Internal Revenue Code, which
        is exempt from U.S. taxation under section 501(a), and is a resident of
        the United States of America for purposes of U.S. taxation.

                                    Nancy J. Aiello

                                    Nancy J. Aiello
                                    Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____219-A-118



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BDK000248
**Tax Ref:** 46-1910855

19 May 2014

Dear Sir or Madam,

### RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference**ARG BDK000248**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

GOAL TAXBACK LIMITED        7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG        Registered in England & Wales P        **SKAT Fredensborg**
                            E +44 (0)208 760 7120  f +44 (0)208 681 2854        Registered Office: 7th Floor, 69
                            e info@goalgroup.com                                Registered for VAT under numb        Bilag nr.        219-A-119

Philadelphia                London                        Hong Kong

Confidential Pursuant to Protective Order



**SKAT**

## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    **652756.32**

| Beneficial Owner | |
|---|---|
| Full name | RJM Capital Pension Plan |
| Full address | 1010 Fifth Avenue – Suite 1D,  New York<br>NY 10028<br>USA |
| E-mail | clientservices@goalgroup.com |

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

34015159

| Reg. no | Account no | |
|---|---|---|
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote: 000 DK 248

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                    U.S.A.

Date        Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010 07  (gl nr. U 20x)

06.003 ENG

| SKAT Fredensborg |
|---|
| Bilag nr. _____ 219-A-120 |

Confidential Pursuant to Protective Order



## Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE
Issue Date: 14-05-2014, Issue No: 1,969

**RJM Capital LLC Pension Plan**
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

**Date: 14-05-2014**

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 14-05-2014. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | **COLOPLAST-B** |
| Sedol: | **B8FMRX8** |
| ISIN: | **DK0060448595** |
| Ex Date: | 09-05-2014 |
| Record Date: | 13-05-2014 |
| Pay Date: | 14-05-2014 |
| Dividend Per Share: | DKK 4.00 |
| No of Shares: | 604,404 |
| Gross Dividend: | DKK 2,417,616.00 |
| Tax: | DKK 652,756.32 |
| Net Dividend: | DKK 1,764,859.68 |

.....................................................
Name: Sanjay Shah
Solo Capital Partners LLP

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority in the United Kingdom. FSA Registration Number 550583. Company Number UK 5649751. VAT Registration Number ...

SKAT Fredensborg

Bilag nr. _____219-A-121_____

Confidential Pursuant to Protective Order

**RJM Capital Pension Plan**
**1010 Fifth Avenue – Suite 1D**
**New York, NY 10028**

**Power of Attorney**

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by RJM Capital Pension Plan ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1. The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr.    219-A-122

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written.

**Execution of a deed by a pension plan incorporated outside Great Britain**

*Executed as a deed by -*

*Name of pension plan:*          RJM Capital Pension Plan

*Acting by name(s) of*          Adam LaRosa — Authorized
                                Representative

*Duly authorised
signatory(ies):*

SKAT Fredensborg

Bilag nr. _____ 219-A-123



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA  19255

Date: March 3, 2014



.221

Taxpayer: RJM CAPITAL PENSION PLAN
        TIN: 46-1910855
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____219-A-124_____

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059416



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK



Postmodtagelsen
2 5 AUG. 2014
Skattecenter Høje-Taastrup

**Our Ref:** BDK000281
**Tax Ref:** 46-1910855

21 August 2014

Dear Sir or Madam,

### RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference**ARG BDK000281.**

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

GOAL TAXBACK LIMITED    7th floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales
t +44 (0)208 780 7150  f +44 (0)208 681 2954    Registered Office: 7th Floor, 69
e info@goalgroup.com    Registered for VAT under numb:

Philadelphia    London    Hong Kong

SKAT Fredensborg

Bilag nr._____219-A-125



**SKAT**

Claim to Relief from Danish Dividend Tax

| ☐ In my capacity as beneficial owner | ☒ On behalf of the beneficial owner |
|---|---|

Claim is made for refund of Danish dividend tax, in total DKK: **103298.63**

**Beneficial Owner**

Full name
RJM Capital Pension Plan

Full address
1010  Fifth Avenue - Suite 1D,  New York
NY 10028
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

| | 34015159 | |
|---|---|---|
| Reg. no | Account no | |
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-000 DK 281

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                    U.S.A.

....................................................

Date            Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

06,003 ENG

SKAT Fredensborg

Bilag nr. _____ 219-A-126

Confidential Pursuant to Protective Order



## Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

---

### DIVIDEND CREDIT ADVICE
#### Issue Date: 04th March 2014, Issue No: 1,617

---

**RJM Capital LLC Pension Plan**
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

**Date: 04th March 2014**

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 04th March 2014. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **NOVOZYMES A/S-B SHARES** |
| **Sedol:** | B798FW0 |
| **ISIN:** | DK0060336014 |
| **Pay Date:** | 04th March 2014 |
| **No of Shares:** | 153,035 |
| **Gross Dividend:** | DKK 382,587.50 |
| **Tax:** | DKK 103,298.62  3 |
| **Net Dividend:** | DKK 279,288.88 |

Name: Sanjay Shah
Solo Capital Partners LLP

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the United Kingdom (FCA Registration Number 588315. Company Number 07080359. VAT Registration Number 123 3462 46)

SKAT Fredensborg

Bilag nr.    219-A-127

*RJM Capital Pension Plan*
*1010 Fifth Avenue – Suite 1D*
*New York, NY 10028*

### Power of Attorney

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by RJM Capital Pension Plan ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1.  The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____219-A-128

Confidential Pursuant to Protective Order

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written.

**Execution of a deed by a pension plan incorporated outside Great Britain**

*Executed as a deed by –*

*Name of pension plan*        RJM Capital Pension Plan

*Acting by name(s) of*        Adam LaRosa — Authorized
                              Representative
*Duly authorised*
*signatory(ies)*

SKAT Fredensborg

Bilag nr. _____ 219-A-129

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059421



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014



001221

Taxpayer: RJM CAPITAL PENSION PLAN
        TIN: 46-1910855
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr.____219-A-130

Confidential Pursuant to Protective Order



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BDK000293
**Tax Ref:** 46-1910855

15 September 2014

Dear Sir or Madam,

### RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference**ARG BDK000293**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales
t +44 (0)208 760 7130  f +44 (0)208 691 2854    Registered Office: 7th Floor, 69
e info@goalgroup.com    Registered for VAT under number

SKAT Fredensborg

Bilag nr. _____219-A-131_

SKAT_MDL_001_00059423

**SKAT**

## Claim to Relief from Danish Dividend Tax

| | ☐ In my capacity as beneficial owner | ☒ On behalf of the beneficial owner |
|---|---|---|

Claim is made for refund of Danish dividend tax, in total DKK:    1482621.57

| Beneficial Owner | Full name |
|---|---|
| | RJM Capital Pension Plan |

Full address
1010  Fifth Avenue – Suite 1D,  New York
NY 10028
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

| Financial institution | The amount is requested to be paid to: |
|---|---|

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

34015159

| Reg. no | Account no | |
|---|---|---|
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-000 DK 293

**Certification of the competent authority**
It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                                        U.S.A.

Date        Official stamp and signature

When signed to be forwarded to:        **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

06.003 ENG

SKAT Fredensborg

Bilag nr.____219-A-132

Confidential Pursuant to Protective Order



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
### Issue Date: 13-08-2014, Issue No: 2,057

**RJM Capital LLC Pension Plan**
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

**Date: 13-08-2014**

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 13-08-2014. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **TDC A/S** |
| **Sedol:** | **5698790** |
| **ISIN:** | **DK0060228559** |
| **Ex Date:** | 08-08-2014 |
| **Record Date:** | 12-08-2014 |
| **Pay Date:** | 13-08-2014 |
| **Dividend Per Share:** | DKK 1.50 |
| **No of Shares:** | 3,660,794 |
| **Gross Dividend:** | DKK 5,491,191.00 |
| **Tax:** | DKK 1,482,621.57 |
| **Net Dividend:** | DKK 4,008,569.43 |

......................................................
Name: Sanjay Shah
Solo Capital Partners LLP

Solo Capital Partners LLP is authorised and regulated by the Financial Services Authority in the United Kingdom. FCA Registration Number 566814. Premises Number OE 3A8. VAT Registration Number 125 1990 50.

SKAT Fredensborg

Bilag nr. ____219-A-133

Confidential Pursuant to Protective Order

**RJM Capital Pension Plan**
**1010 Fifth Avenue – Suite 1D**
**New York, NY 10028**

**Power of Attorney**

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by RJM Capital Pension Plan ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1.  The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr._____219-A-134

Confidential Pursuant to Protective Order

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written

**Execution of a deed by a pension plan incorporated outside Great Britain**

*Executed as a deed by -*

*Name of pension plan:*                    RJM Capital Pension Plan

*Acting by name(s) of:*                    Adam LaRosa — Authorized
                                           Representative
*Duly authorised*
*signatory(ies)*

SKAT Fredensborg

Bilag nr. _____ 219-A-135



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 3, 2014



001221

Taxpayer: RJM CAPITAL PENSION PLAN
    TIN: 46-1910855
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello

Nancy J. Aiello
Field Director, Accounts Management

Form 8186 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 219-A-136

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059428