# Exhibit 30

| | |
|---|---|
| From: | Wells, Peter |
| Sent: | Friday, June 12, 2015 12:39 PM |
| To: | Ben-Jacob, Michael |
| Subject: | JHvM/RJM |

I spoke with Rich today regarding payments that need to be made from the custody accounts.

Here is the issue:

Money has been paid by the reclaim agents into the custody accounts and they want to bring the funds back to the US and distribute the funds. As you know, a number of these accounts are held in the name of a plan as nominee of a partnership between this plan and two other plans (some combination of a plan for Rob Klugman and plans for John or Rich). The custodian was instructed to make payments to the US accounts for the named account holder plan and also to the accounts for two other plan/partners (i.e., Rob's plan and either the plan for John or Rich). The custodian has come back and said that they want some back-up as to why they are being directed to make payments to a third party plan who is not an account holder (e.g., like an invoice or something). Obviously we do not want to give them anything that references a partnership. So, they wanted us to come up with some idea as to what we could provide the custodian to give them some back-up.

John's idea (which I rather like) is to draft partnership resolutions memorializing the intended distributions to the partners (being a reimbursement of fees advanced or as partnership distributions after fees are fully reimbursed) which would thereby create an "obligation" of sorts. Then in conjunction with that we would draft a simple one page document in which the plan account holder tells the custodian that it is instructing them to make a payment to a third party plan in satisfaction of an obligation. Rich thinks this would probably be enough for the custodian who is just looking to paper it's file.

Let me know your thoughts as to the above.


Peter Wells
Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
T: (212) 836-8662 | F: (212) 836-6447
peter.wells@kayescholer.com | www.kayescholer.com


Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212) 836-8662 and delete the message, along with any attachments, from your computer. Thank you.

1