# Exhibit 80

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00004 | 2698162 | 3/31/2012 | $50,917.05 | - | $50,917.05 | ($50,917.05) | 4/24/2012 | - | - |
| | 2699289 | 4/11/2012 | $8,604.70 | $40.15 | $8,644.85 | ($8,644.85) | 5/1/2012 | - | - |
| | 2702757 | 5/14/2012 | $30,571.30 | $2,125.73 | $32,697.03 | ($32,697.03) | 7/17/2012 | - | - |
| Duet - Ex-Dividend Transaction - Total | | | $90,093.05 | $2,165.88 | $92,258.93 | ($92,258.93) | | - | - |
| | | GRAND TOTAL | $90,093.05 | $2,165.88 | $92,258.93 | ($92,258.93) | | - | - |

1

6/15/2018 10:57:40 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355207

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  John H. van Merkensteijn
     Argre Management LLC
     40 West 57th Street
     New York, New York  10019

March 31, 2012

**RE:** Ex-Dividend Transaction
**Our File Number:** 00647/0004

**Invoice#:** 698162
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

| Date | Name / Description | Hours |
|---|---|---|
| 03/01/2012 | Ben-Jacob, Michael<br>Call with Matt re ex-dividend/401(k) questions; call with Ezra accountant re tax filing matters. | 1.25 |
| 03/01/2012 | Woodard, A.F.<br>Office conference M. Ben-Jacob; conference call client, and review of material re proposed investment. | 2.00 |
| 03/02/2012 | Woodard, A.F.<br>Office conference M. Ben-Jacob, conference call client, and review of material re prohibited transactions, indicia of ownership and other issues. | 2.75 |
| 03/03/2012 | Woodard, A.F.<br>Research re indicia of ownership and ESOP loans. | 2.25 |
| 03/05/2012 | Ben-Jacob, Michael<br>Call with Ritch and Adam re potential new ex-dividend transactions; related calls with Chantis; calls with Rebecca re IRS certificates. | 2.08 |
| 03/05/2012 | Woodard, A.F.<br>Research re party-in-interest and ESOPs. | 1.75 |
| 03/06/2012 | Ben-Jacob, Michael<br>Call with John vanMerkensteijn regarding ex-Dividend transactions. Related call with Woody. | 1.33 |
| 03/06/2012 | Woodard, A.F.<br>Research re various issues re proposed investment. | 0.75 |
| 03/07/2012 | Ben-Jacob, Michael<br>Call with John vanMerkensteijn regarding answers to follow up questions related to ex-dividend transactions. | 0.33 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          WH_MDL_00355208

KAYE SCHOLER LLP

TO: John H. van Merkensteijn                                       March 31, 2012

RE: Ex-Dividend Transaction                                        Invoice#: 698162
Our File Number: 00647/0004                                        PAGE:   2

===============================================================================

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/07/2012 | Woodard, A.F. | 1.33 |
| | Telephone conference M. Ben-Jacob and review of material re use of trust and other matters. | |
| 03/08/2012 | Woodard, A.F. | 1.17 |
| | Conference call client re various elements of proposed investment and research re same. | |
| 03/09/2012 | Woodard, A.F. | 0.67 |
| | Review of material re various issues. | |
| 03/12/2012 | Ben-Jacob, Michael | 0.33 |
| | Review Duet presentation regarding ex-dividend transactions. | |
| 03/12/2012 | Woodard, A.F. | 0.50 |
| | Telephone conference M. Stein re margin account and other matters. | |
| 03/13/2012 | Ben-Jacob, Michael | 1.92 |
| | Meetings, calls and e-mail re new ex-dividend transaction. | |
| 03/13/2012 | Tuchman, L. | 0.75 |
| | Office conference with M. Ben-Jacob re: additional ex-dividend transactions; review same. | |
| 03/13/2012 | Wells, Peter B | 3.50 |
| | Discuss issues related to transaction. Review diligence file and work on issues related to the same. Draft and revise Resolutions for Ezra. Call with Ezra re the same. | |
| 03/14/2012 | Ben-Jacob, Michael | 1.50 |
| | Call with rich re structuring issues; related follow-up with Woody and attention to related e-mails. | |
| 03/14/2012 | Woodard, A.F. | 2.67 |
| | Office conference Ben-Jacob re proposed investment; conference call M. Ben-Jacob and client; research re various issues. | |
| 03/14/2012 | Wells, Peter B | 3.00 |
| | Review and revise resolutions for Ezra. Work on issue related to diligence. Work on indemnity agreement. Discuss issues re the same with Ezra. | |
| 03/15/2012 | Ben-Jacob, Michael | 2.75 |
| | Calls/e-mails re structuring issues. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355209

**KAYE SCHOLER LLP**

TO:    John H. van Merkensteijn                                           March 31, 2012

RE: Ex-Dividend Transaction                                               Invoice#: 698162
Our File Number: 00647/0004                                               PAGE:    3

===============================================================================

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/15/2012 | Tuchman, L. | Office conference with M. Ben-Jacob re: Luxco structure. | 0.25 |
| 03/15/2012 | Woodard, A.F. | Telephone conference M. Ben-Jacob, telephone conferences M. Ben-Jacob and client, review of material. | 1.33 |
| 03/16/2012 | Ben-Jacob, Michael | Call with Rich and further calls and follow-up with Duet group; related calls with Peter. | 2.50 |
| 03/16/2012 | Woodard, A.F. | Review of material re various issues. | 2.17 |
| 03/16/2012 | Wells, Peter B | Work in issues related to IRAs and related matters. Work on issues related to diligence related to transaction. Follow-up on issues related Delaware trusts and trustees. | 4.00 |
| 03/19/2012 | Ben-Jacob, Michael | Ex-Dividend: Attention to emails and conference with Louis. | 0.42 |
| 03/19/2012 | Woodard, A.F. | Telephone conference M. Ben-Jacob and review of material re UBTI and other issues. | 2.25 |
| 03/19/2012 | Wells, Peter B | Call with Glenmede re Delaware Trust planning. Review and revise Gravenhage Trust. Follow-up on issues re the same. | 2.00 |
| 03/20/2012 | Ben-Jacob, Michael | Ex-Dividend: Attention to emails re: structure for transaction. | 0.25 |
| 03/20/2012 | Woodard, A.F. | Telephone conferences R. Markowitz and review of material re fiduciary status and other matter. | 2.67 |
| 03/20/2012 | Wells, Peter B | Review due diligence documents. Review correspondence re structures. Discuss the same with Mr. Woodard. | 1.67 |
| 03/21/2012 | Tuchman, L. | Review documents for ex-dividend transactions. | 1.00 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                                 WH_MDL_00355210

**KAYE SCHOLER LLP**

TO: John H. van Merkensteijn                                            March 31, 2012

RE: Ex-Dividend Transaction                                             Invoice#: 698162
Our File Number: 00647/0004                                             PAGE:   4

---

| | | |
|---|---|---|
| 03/21/2012 | Woodard, A.F. | 2.83 |
| | Review of draft Investment Management and other documents; review of fiduciary rules. | |
| 03/21/2012 | Wells, Peter B | 1.50 |
| | Review swap documents. | |
| 03/22/2012 | Tuchman, L. | 0.58 |
| | Review of documents; office conference with M. Ben-Jacob re: partnerships and structural issues. | |
| 03/22/2012 | Woodard, A.F. | 2.67 |
| | Telephone conference R. Markowitz, preparation of memo re Duet and review of material. | |
| 03/23/2012 | Ben-Jacob, Michael | 1.75 |
| | Ex-Dividend: Attention to emails, call with Duet. Call with Richard Louis. Related calls with Woody. | |
| 03/23/2012 | Tuchman, L. | 2.33 |
| | Review Gibraltar LP agreement; telephone conferences and office conferences with A.F. Woodard and review his memorandum; review swap document; conference call with M. Ben-Jacob and R. Markowitz. | |
| 03/23/2012 | Woodard, A.F. | 1.25 |
| | Office conference L. Tuchman re proposed transaction and review of material. | |
| 03/26/2012 | Ben-Jacob, Michael | 1.33 |
| | Ex-Dividend: Call with Duet group. Follow up conference with Woody. | |
| 03/26/2012 | Woodard, A.F. | 3.58 |
| | Office conference M. Ben-Jacob, research re Duet issues, and preparation of memo re such issues. | |
| 03/27/2012 | Ben-Jacob, Michael | 0.42 |
| | Conference with Woody and email to Rich re: PPM. | |
| 03/27/2012 | Woodard, A.F. | 2.92 |
| | Preparation of memo re Duet's status and review of material re same; review of PPM and office conference M. Ben-Jacob re same. | |
| 03/28/2012 | Ben-Jacob, Michael | 0.75 |
| | Ex-Dividend: Review LP Agreement memo re: IRA. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          WH_MDL_00355211

**KAYE SCHOLER LLP**

TO:   John H. van Merkensteijn                                              March 31, 2012

RE: Ex-Dividend Transaction                                                 Invoice#: 698162
Our File Number: 00647/0004                                                 PAGE:   5

===============================================================================

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/28/2012 | Woodard, A.F. | 2.00 |
| | Revision of memo re Duet's role and telephone conference M. Ben-Jacob re same; review of material re loan from IRA. | |
| 03/29/2012 | Ben-Jacob, Michael | 5.00 |
| | Review/edit LP agreement and PPM, attend call with Duet Group and preliminary call with Rich, meetings with Louis and Woody to discuss related issues. | |
| 03/29/2012 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob re "reasonable compensation" issues and review of material re same. | |

Total Hours.................  85.75

Fees through 03/31/2012......................    $65,917.05


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 23.91 | $17,454.30 |
| Tuchman, L. | 895.00 | 4.91 | 4,394.45 |
| Woodard, A.F. | 825.00 | 41.26 | 34,039.50 |
| Wells, Peter B | 640.00 | 15.67 | 10,028.80 |
| Fees through 03/31/2012............... | | 85.75 | $65,917.05 |


| | | |
|---|---|---|
| Fees this Invoice................................................. | $65,917.05 | |
| Less Discount of................................................. | (15,000.00) | |
| Adjusted Fees........................................................... | | $50,917.05 |
| **Total Due this Invoice............................................................** | | **$50,917.05** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        WH_MDL_00355212

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 698162
Total Amount Due: $50,917.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                           WH_MDL_00355213



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn  April 11, 2012
Argre Management LLC
40 West 57th Street
New York, New York 10019

**RE:** Ex-Dividend Transaction  **Invoice#:** 699289
**Our File Number:** 00647/0004  **PAGE:** 1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/02/2012 | Veillette, Rebecca<br>Administration matters regarding new dividend deal and charities. | 3.33 |
| 03/05/2012 | Veillette, Rebecca<br>Administration matters in connection with dividend deal. | 2.67 |
| 03/06/2012 | Veillette, Rebecca<br>Administration regarding documentation for charities. | 2.00 |
| 03/07/2012 | Veillette, Rebecca<br>Administration matters. | 2.25 |
| 03/15/2012 | Veillette, Rebecca<br>Formation of 4 new LLCs, attention to patriot act forms. Conference with Peter Wells. | 3.08 |
| 03/16/2012 | Veillette, Rebecca<br>Attention to KYC information for new dividend deal. Prepare table of contents. Conferences with Peter Wells. | 2.67 |
| 03/22/2012 | Veillette, Rebecca<br>Attention to new formation of new LLCs. | 1.08 |
| 03/23/2012 | Veillette, Rebecca<br>Administration matters. | 0.33 |
| 03/28/2012 | Veillette, Rebecca<br>Attention to e-mail correspondence regarding new dividend deal. | 1.00 |
| 03/30/2012 | Ben-Jacob, Michael<br>Review/edit LP agreement. Related emails, call with Rich and further revisions. | 3.50 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355214

**KAYE SCHOLER LLP**

TO:  John H. van Merkensteijn                                                 April 11, 2012

RE: Ex-Dividend Transaction                                                   **Invoice#:** 699289
Our File Number: 00647/0004                                                   PAGE:   2

===============================================================================

| 03/30/2012 | Woodard, A.F. | | | 0.75 |
|---|---|---|---|---|
| | Review of material re fiduciary issues. | | | |
| | | | Total Hours.............. | 22.66 |
| | Fees through 03/31/2012.................................. | | | $8,604.70 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.50 | $2,555.00 |
| Woodard, A.F. | 825.00 | 0.75 | 618.75 |
| Veillette, Rebecca | 295.00 | 18.41 | 5,430.95 |
| Fees through 03/31/2012............... | | 22.66 | $8,604.70 |

\*-----------------------COSTS ADVANCED THROUGH 03/31/2012----------------------\*

| Duplicating | $3.40 |
|---|---|
| Meals | 36.75 |
| Total Costs through 03/31/2012......................... | $40.15 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 698162 | 03/31/2012 | $50,917.05 |
| Prior Balance Due..................................................................... | | $50,917.05 |

| Fees this Invoice.................................................................. | $8,604.70 |
|---|---|
| Costs this Invoice................................................................. | $40.15 |
| Total Due this Invoice........................................................... | $8,644.85 |
| Prior Balance Due (from above)................................................... | 50,917.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                              **WH_MDL_00355215**

**KAYE SCHOLER LLP**

| | |
|---|---|
| TO: John H. van Merkensteijn | April 11, 2012 |
| **RE:** Ex-Dividend Transaction | **Invoice#:** 699289 |
| **Our File Number:** 00647/0004 | PAGE: 3 |

===============================================================================

TOTAL DUE...................................................................... $59,561.90

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**  WH_MDL_00355216

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    666 5th Avenue
    New York, New York 10103
    Attention: Yoannis Cepeda
    Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 699289
Total Amount Due: $59,561.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355217

**KAYE SCHOLER LLP**

425 Park Avenue  
New York, NY 10022-3598  
212.836.8000  
www.kayescholer.com  
Fed. Identification No. 13-1672623

TO:   John H. van Merkensteijn  
     Argre Management LLC  
     40 West 57th Street  
     New York, New York 10019

May 14, 2012

**RE:** Duet - Ex-Dividend Transaction  
**Our File Number:** 00647/0004

**Invoice#:** 702757  
**PAGE:** 1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/13/2012 | Woodard, A.F. | Research and review of material re use of IRA, prohibited transaction rules and other issues. | 2.83 |
| 03/18/2012 | Woodard, A.F. | Review of material re UBTI and other issues. | 0.92 |
| 04/01/2012 | Woodard, A.F. | Review of material re IRA investment in another entity. | 1.42 |
| 04/02/2012 | Ben-Jacob, Michael | Review IMA, related calls and e-mails with Rich and Woody. | 3.00 |
| 04/02/2012 | Woodard, A.F. | Telephone conferences R. Markowitz and M. Ben-Jacob re use of IRA in proposed transaction. | 0.83 |
| 04/02/2012 | Wells, Peter B | Review new operating agreement. | 0.75 |
| 04/02/2012 | Veillette, Rebecca | Attention to Otztal LLC documents. | 0.50 |
| 04/03/2012 | Ben-Jacob, Michael | Call with Duet Group. Follow up call with Rich. Follow up with Woody and Louis on open issues. | 2.00 |
| 04/03/2012 | Woodard, A.F. | Telephone conference M. Ben-Jacob and e-mails re various issues re the IRA. | 0.67 |
| 04/03/2012 | Wells, Peter B | | 1.83 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355218

**KAYE SCHOLER LLP**

TO:  John H. van Merkensteijn  May 14, 2012

RE: Duet - Ex-Dividend Transaction  Invoice#: 702757
Our File Number: 00647/0004  PAGE:  2

| Date | Timekeeper / Description | Hours |
|---|---|---|
| | Work on issues related to foreign reporting requirements. | |
| 04/03/2012 | Veillette, Rebecca | 0.50 |
| | Follow-up regarding Otztal LLC KYC information. | |
| 04/04/2012 | Woodard, A.F. | 0.67 |
| | Review of material re IRA and documents. | |
| 04/04/2012 | Wells, Peter B | 1.25 |
| | Work on issues related to diligence. | |
| 04/04/2012 | Veillette, Rebecca | 1.58 |
| | Attention to amended operating agreement. | |
| 04/04/2012 | Veillette, Rebecca | 2.92 |
| | Attention to Ezra KYC documentation. | |
| 04/05/2012 | Ben-Jacob, Michael | 2.75 |
| | Review/analysis of open issues and related e-mail to Rich; prepare Subordinated Note; conferences with Louis; e-mail to Rich regarding call on GP shares; telephone conference with Duet Group. | |
| 04/05/2012 | Veillette, Rebecca | 0.83 |
| | Administration/tax matters. | |
| 04/06/2012 | Wells, Peter B | 1.42 |
| | Work on issues related to U.S. reporting. | |
| 04/10/2012 | Ben-Jacob, Michael | 1.25 |
| | Numerous calls, emails and conferences to address numerous deal issues. Attention to edits to LPA and IMA. | |
| 04/10/2012 | Woodard, A.F. | 0.42 |
| | Office conference M. Ben-Jacob and review of material. | |
| 04/12/2012 | Ben-Jacob, Michael | 6.17 |
| | Review/edit LPA, IMA and side letter.  Attention to related emails. calls with Rich and Duet.  Follow up call with Matt.  Further edits to documents and related emails. | |
| 04/12/2012 | Veillette, Rebecca | 2.25 |
| | Administration matters regarding documentation for dividend deal. | |
| 04/15/2012 | Ben-Jacob, Michael | 3.50 |
| | Numerous calls, emails with Rich and Group; review Duet documents, etc. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355219

**KAYE SCHOLER LLP**

| TO: | John H. van Merkensteijn | | May 14, 2012 |
|---|---|---|---|
| | **RE:** Duet - Ex-Dividend Transaction | | **Invoice#:** 702757 |
| | **Our File Number:** 00647/0004 | | PAGE: 3 |

======================================================================

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/16/2012 | Ben-Jacob, Michael | Call with Duet; numerous calls, emails with Rich and Group; review Duet documents, etc. | 2.42 |
| 04/16/2012 | Tuchman, L. | Review swap, LP agreement and other documents. | 1.75 |
| 04/16/2012 | Veillette, Rebecca | Administrative matters. | 1.75 |
| 04/19/2012 | Wells, Peter B | Follow-up on issues related reporting. | 1.25 |

Total Hours.................. 47.43

Fees through 04/30/2012.................................... $30,571.30

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 21.09 | $15,395.70 |
| Tuchman, L. | 895.00 | 1.75 | 1,566.25 |
| Woodard, A.F. | 825.00 | 7.76 | 6,402.00 |
| Wells, Peter B | 640.00 | 6.50 | 4,160.00 |
| Veillette, Rebecca | 295.00 | 10.33 | 3,047.35 |
| Fees through 04/30/2012............... | | 47.43 | $30,571.30 |

\*------------------------COSTS ADVANCED THROUGH 04/30/2012----------------------\*

| | |
|---|---|
| Transportation | $111.58 |
| Meals | 211.94 |
| Messengers/Courier | 157.21 |
| Filing Fees/Court Fees | 1,645.00 |
| Total Costs through 04/30/2012......................... | $2,125.73 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355220**

**KAYE SCHOLER LLP**

| | |
|---|---|
| TO:   John H. van Merkensteijn | May 14, 2012 |
| **RE:** Duet - Ex-Dividend Transaction | **Invoice#:** 702757 |
| **Our File Number:** 00647/0004 | **PAGE:**   4 |

| | |
|---|---|
| Fees this Invoice................................................................... | $30,571.30 |
| Costs this Invoice................................................................... | $2,125.73 |
| **Total Due this Invoice.................................................................** | **$32,697.03** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355221

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 702757
Total Amount Due: $32,697.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355222