Case 1:18-md-02865-LAK    Document 1204-87    Filed 09/26/24    Page 1 of 2

# Exhibit 83

Case 1:18-md-02865-LAK    Document 1204-87    Filed 09/26/24    Page 1 of 2

# Exhibit 83


# Exhibit 83

Appointment

| | |
|---|---|
| **From**: | Jonathan Sander [JSander@duetgroup.net] |
| **Sent**: | 3/12/2012 12:05:00 PM |
| **To**: | Jonathan Sander [JSander@duetgroup.net]; robert.neyt@freshfields.com; Richard Markowitz [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Rmarkowitz@Argrec37]; John H. van Merkensteijn, III [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jhvm@Argrec96]; Adam Larosa [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Alarosa@Argre6ed]; Matthew Stein [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mstein@Argre3a2]; Jérôme LHOTE [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jlhote@Argre810]; 'Robert Klugman' [rklugman@storcapital.com]; Aneil Anand [aanand@duetgroup.net] |
| **Subject**: | Duet- Belgium |
| **Start**: | 3/12/2012 2:30:00 PM |
| **End**: | 3/12/2012 3:00:00 PM |
| **Show Time As**: | Busy |

When: 12 March 2012 18:30-19:00 (GMT+04:00) Abu Dhabi, Muscat.

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*~*

UK Freefone dial-in number:     0808 100 5145
UK Primary dial-in number:      0844 561 0081
UK International dial-in number +44 2078193600
Participant passcode:   86041993 then #
Global Access Numbers:
www.btconferencing.com/globalaccess/?bid=601<http://www.btconferencing.com/globalaccess/?bid=601>
United Arab Emirates 80004449754

United States 18662485984 17183541169 (East coast)      +1 7183541169 (East coast)
United States   14089616553 (West coast)                        +1 4089616553 (West coast)

Belgium 080080026       027133678       +32 27133678

KLUGMAN00062881