# Exhibit 147

CONFIDENTIAL
Kathleen Wechter — November 22, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2            MASTER DOCKET 18-MD-2865(LAK)
                CASE NO. 18-CV-09797
 3
    _____
 4                                         )
    IN RE:                                 )
 5                                         )
    CUSTOMS AND TAX ADMINISTRATION OF      )
 6  THE KINGDOM OF DENMARK                 )
    (SKATTEFORVALTNINGEN) TAX REFUND       )
 7  SCHEME LITIGATION                      )
                                           )
 8  _____)

 9

10

11

12              C O N F I D E N T I A L

13

14

15      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                  EXAMINATION OF

17                 KATHLEEN WECHTER

18

19              DATE: November 22, 2021

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Kathleen Wechter – November 22, 2021

1          A     Yes.

2                At the Kaye Scholer firm, I have

3     held the position of counsel.

4          Q     And are you still practicing at the

5     Arnold & Porter Kaye Scholer firm?

6          A     Yes, I'm still practicing with the

7     Arnold & Porter Kaye Scholer firm.

8          Q     And can you please describe for us

9     the nature of your -- of your practice at

10    that firm, from May of 2012?

11         A     I worked in the area of employee

12    benefits and executive compensation, which is

13    a part of the Tax Department at Arnold &

14    Porter Kaye Scholer.

15               So I work with different areas of

16    compensation, retirement planning, employee

17    benefits.

18         Q     And who -- who are the main -- the

19    principal partners with whom you've worked

20    since May of 2012?

21         A     Are you asking about in the

22    employee benefits subgroup, as it were, or in

23    general?

24         Q     Let me ask you in -- in general.

25         A     In general at the firm?

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

```
 1        Q    Do you recall that the structures
 2    involved the use of qualified plans?
 3             MR. DULBERG:  Objection to the
 4        form.
 5             For the record, this is Drew
 6        Dulberg on behalf of -- from Wilmer Hale
 7        on behalf of Mr. Markowitz.
 8        A    Can you repeat the question,
 9    please?
10        Q    Do you recall that the ex-dividend
11    matter involved using qualified plans?
12             MR. DULBERG:  Same objection.
13        A    I recall that there were issues
14    related to the use of pension and retirement
15    plans, which was the reason -- the reason for
16    my specific involvement on specific
17    retirement and pension plan issues.
18        Q    And do you recall that the plans
19    were going to be purchasing foreign shares?
20        A    I don't recall the details of the
21    transactions.
22        Q    Do you recall any details of the
23    transactions?
24        A    At this point, since it was almost
25    nine or ten years ago, I don't remember
```